UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK,

FNU ARZU, Correction Officer at Rose M. Singer Center,

FNU CROMARTIE, Correction Officer at Rose M. Singer Center,

FNU IMBERT, Correction Officer at Rose M. Singer Center,

FNU MOSES, Correction Officer at Rose M. Singer Center,

FNU PENA, Correction Officer at Rose M. Singer Center,

FNU SAMUELS, Correction Officer at Rose M. Singer Center,

FNU ALLEYNE, Captain at Rose M. Singer Center,

FNU DEAN, Captain at Rose M. Singer Center,

FNU CLARK, Captain at Rose M. Singer Center,

FNU PETTY, Captain at Rose M. Singer Center,

FNU TASH, Captain at Rose M. Singer Center,

UNIDENTIFIED OFFICERS, Correction Officers at Rose M. Singer Center,

UNIDENTIFIED CAPTAIN, Captain at Rose M. Singer Center,

                        Defendants.

MISC. ACTION NO.:
1:23-mc-00148

---

1

## PROPOSED ORDER

WHEREAS on May 2, 2023, Plaintiff in the above-captioned action filed a Motion for Leave to Proceed Anonymously by means of the pseudonym Jane Doe and with good and sufficient reason appearing therein for the grant of said Motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall be permitted to proceed with the complaint filed in the above-captioned matter under the pseudonym set forth in the case-caption, and the public record of the Clerk of the Court shall not identify the true and correct identity of the Plaintiff;

2. Pending any further Order of the Court,

    A. For each document filed by a party, the party shall use the pseudonym Jane Doe to identify Plaintiff;

    B. For any document filed by a party containing identifying information about Plaintiff, the party shall file a copy of the document that redacts any such identifying information, and counsel shall maintain in their files the original, unredacted copy of such document that can be filed under seal on request by either the Court or a party to this action;

    C. For each document served by a party containing identifying information about Plaintiff, the party shall serve (1) a copy of the document that redacts any such identifying information, and (2) an unredacted copy of the document; and

    D. Defendants shall not publicly disclose any identifying information about Plaintiff.

Dated: 5/5, 2023

_____
United States District Judge
Part I

This Order is without prejudice to any subsequent orders by the Judge to whom this case is assigned.
So ordered.
JGKelly
U.S.D.J.
Part I

The Clerk should close this miscellaneous case.
So ordered.
JGKelly
U.S.D.J.
Part I

3